UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

JOHN V. SILVA, JR. and )
JUDITH A. SILVA, )
                                  )     No.  C09-3526 BZ
       Plaintiff(s), )
                                  )
   v. )     **ORDER REFERRING**
                                  )     **CASE TO ADR**
EMC MORTGAGE COMPANY, et )
al., )
                                  )
       Defendant(s). )
                                  )

    **IT IS HEREBY ORDERED** that this matter is referred to the ADR Department to schedule a telephone conference with the parties and make a recommendation to the Court for further proceedings.

Dated: August 6, 2009

                                                      Bernard Zimmerman
                              United States Magistrate Judge

G:\BZALL\-BZCASES\SILVA V. EMC MORTGAGE\ORDER REFERRING CASE TO ADR.wpd

1