UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOHN V. SILVA, JR. and JUDITH A. SILVA, <br><br> Plaintiff(s), <br><br> v. <br><br> EMC MORTGAGE COMPANY, et al., <br><br> Defendant(s). | No.  C09-3526 BZ <br><br> **BRIEFING ORDER** |

**IT IS HEREBY ORDERED** as follows:

1. By **August 31, 2009**, each party shall consent to or decline magistrate judge jurisdiction.  The form to consent to or decline magistrate judge jurisdiction may be found on the court's website at: http://www.cand.uscourts.gov.

2. Plaintiffs shall file their opposition to defendants' motion to dismiss by **September 14, 2009**.  Plaintiffs may wish to consult the Pro Se Handbook, a manual for parties without lawyers, which is available for public viewing at the Court's internet site: http://www.cand.uscourts.gov.

///

1

3.   Defendant's reply shall be filed by **September 23, 2009**.

Dated: August 10, 2009

_____
Bernard Zimmerman
United States Magistrate Judge

G:\BZALL\-BZCASES\SILVA V. EMC MORTGAGE\BRIEFING ORDER.wpd

UNITED STATES DISTRICT COURT

FOR THE

NORTHERN DISTRICT OF CALIFORNIA

JOHN et al,

        Plaintiff,

v.

SILVA JR.-V-EMC MORTGAGE COMPANY et al,

        Defendant.
_____/

Case Number: CV09-03526 BZ

**CERTIFICATE OF SERVICE**

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on August 11, 2009, I SERVED a true and correct copy(ies) of the BRIEFING ORDER, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.

John V. Silva
32258 Devonshire Street
Union City, CA 94587


Judith A. Silva
32258 Devonshire Street
Union City, CA 94587


Dated: August 11, 2009

        Richard W. Wieking, Clerk

        *[signature]*

        By: Ada Yiu, Deputy Clerk