IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOHN V. SILVA JR. and JUDITH A. SILVA,<br><br>　　　　Plaintiffs,<br><br>　v.<br><br>EMC MORTGAGE COMPANY, et al.,<br><br>　　　　Defendants.<br>　　　　　　　　　　　　　　　　　　　　／ | No. C 09-03526 JSW<br><br>**ORDER (1) MODIFYING BRIEFING SCHEDULE ON DEFENDANTS' MOTION TO DISMISS AND (2) CONTINUING HEARING DATE** |

　　　　The Court received the letter from Plaintiffs requesting additional time to respond to Defendants' motion to dismiss. Plaintiffs are admonished that in the Court will not consider requests from the parties in letters. All future requests for action by the Court shall be submitted by a motion pursuant to the Northern District Civil Local Rules.

　　　　The Court **HEREBY CONTINUES** the hearing on Defendants' motion to dismiss to **December 11, 2009 at 9:00 a.m.** Plaintiffs' opposition brief to the motion shall be filed and served by no later than **November 13, 2009** and a reply brief, if any, shall be filed and served by no later than **November 20, 2009.** Plaintiffs have an obligation to file an opposition to Defendants' motion by this deadline and failure to do so may result in the **dismissal** of these Defendants.

　　　　If the Court determines that the matter is suitable for resolution without oral argument, it will so advise the parties in advance of the hearing date. If the parties wish to modify this

schedule, they may submit for the Court's consideration a stipulation and proposed order demonstrating good cause for any modification requested.

The Court hereby advises Plaintiffs that a Handbook for Pro Se Litigants, which contains helpful information about proceeding without an attorney is available through the Court's website or in the Clerk's office.  In addition, without making any endorsement in this regard, Plaintiffs are advised that the San Francisco Bar Association operates a lawyer referral service which may be helpful in securing pro bono counsel.  Moreover, Plaintiffs may wish to seek assistance from the Legal Help Center, located on the 15th Floor of the Courthouse, Room 2796, where Plaintiffs may sign up for a free appointment with an attorney who may be able to provide basic legal help, but not legal representation.

**IT IS SO ORDERED.**

Dated: October 15, 2009

JEFFREY S. WHITE
UNITED STATES DISTRICT JUDGE

**United States District Court**
For the Northern District of California

UNITED STATES DISTRICT COURT

FOR THE

NORTHERN DISTRICT OF CALIFORNIA

SILVA, JR., et al,

        Plaintiff,

  v.

EMC MORTGAGE COMPANY et al,

        Defendant.

Case Number: CV09-03526 JSW

**CERTIFICATE OF SERVICE**

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on October 15, 2009, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.

John V. Silva
Judith A. Silva
32258 Devonshire Street
Union City, CA 94587

Dated: October 15, 2009

*Jennifer Ottolini*

Richard W. Wieking, Clerk
By: Jennifer Ottolini, Deputy Clerk