**United States District Court**
For the Northern District of California

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOHN V. SILVA JR. and JUDITH A. SILVA,<br><br>    Plaintiffs,<br><br>  v.<br><br>EMC MORTGAGE COMPANY, et al.,<br><br>    Defendants.<br>_____/ | No. C 09-03526 JSW<br><br>**ORDER VACATING HEARING DATE** |

Defendants' motion to dismiss in the above captioned matter is currently set for hearing on Friday, December 11, 2009 at 9:00 a.m.  This matter is now fully briefed and ripe for decision.  The Court finds that this matter is appropriate for disposition without oral argument and the matter is deemed submitted.  *See* N.D. Civ. L.R. 7-1(b).  Accordingly, the hearing set for December 11, 2009 is **VACATED**.

**IT IS SO ORDERED.**

Dated:  December 7, 2009

_____
JEFFREY S. WHITE
UNITED STATES DISTRICT JUDGE

UNITED STATES DISTRICT COURT

FOR THE

NORTHERN DISTRICT OF CALIFORNIA

SILVA et al,

        Plaintiff,

  v.

EMC MORTGAGE COMPANY et al,

        Defendant.

Case Number: CV09-03526 JSW

**CERTIFICATE OF SERVICE**

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on December 7, 2009, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.

John V. Silva
Judith A. Silva
32258 Devonshire Street
Union City, CA 94587

Dated: December 7, 2009

Richard W. Wieking, Clerk
  By: Jennifer Ottolini, Deputy Clerk